1  DAVID IVESTER (State Bar No. 076863)
   ANNE ARNOLD (State Bar No. 233412)
2  BRISCOE IVESTER & BAZEL LLP
   155 Sansome Street, Seventh Floor
3  San Francisco, CA  94104
   (415) 402-2700
4  Fax (415) 398-5630

5  *Attorneys for Plaintiff Robert Koshman*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KOSHMAN<br><br>                Plaintiff,<br><br>v.<br><br>THOMAS VILSACK, U.S. Secretary of Agriculture, in his official capacity; UNITED STATES DEPARTMENT OF AGRICULTURE; DAVID WHITE, Chief of U.S.D.A. Natural Resource Conservation Service, in his official capacity; U.S.D.A. NATURAL RESOURCE CONSERVATION SERVICE; JONATHAN COPPESS, U.S.D.A. Farm Service Agency Administrator, in his official capacity; U.S.D.A. FARM SERVICE AGENCY,<br><br>                Defendants. | Case No. 2:09-cv-03312 FCD DAD<br><br>**STIPULATION AND ORDER DISMISSING INDIVIDUAL DEFENDANTS VILSACK, WHITE AND COPPESS WITH PREJUDICE** |

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

(1) Defendant THOMAS VILSACK, U.S. Secretary of Agriculture, in his official capacity, is no longer a party to this action and is dismissed with prejudice.

(2) Defendant DAVID WHITE, Chief of U.S.D.A. Natural Resource Conservation Service, in his official capacity, is no longer a party to this action and is dismissed with prejudice.

(3) Defendant JONATHAN COPPESS, U.S.D.A. Farm Service Agency Administrator, in his official capacity, is no longer a party to this action and is dismissed with prejudice.

(4) The three agency defendants (USDA, NRCS and FSA) remain as proper defendants.

(5) The parties hereby file this stipulation in accordance with the Court's Minute Order dated March 10, 2010.

Dated: March 15, 2010                                          BRISCOE IVESTER & BAZEL LLP

By: /s/ David M. Ivester
DAVID IVESTER
Attorneys for Plaintiff

Dated: March 15, 2010                                          BENJAMIN B. WAGNER, U.S. ATTORNEY

By: /s/ Lynn Trinka Ernce
LYNN TRINKA ERNCE
Assistant U.S. Attorney
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: March 16, 2010
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2
STIPULATION                                                    CASE NO. 2:09-CV-03312 FCD-DAD