UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ROBERT KOSHMAN,

        Plaintiff,

   v.

UNITED STATES DEPARTMENT OF AGRICULTURE; U.S.D.A. NATURAL RESOURCES CONSERVATION SERVICE; and U.S.D.A. FARM SERVICE AGENCY,

        Defendants.
_____/

NO. CIV. S- 09-3312 FCD DAD

<u>ORDER</u>

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the disqualification of the undersigned;

    IT IS HEREBY ORDERED that:

    1.    The undersigned recuses himself as the judge to whom this case is assigned;

    2.    All currently scheduled dates in the above-captioned action are **VACATED**; and

    3.    The Clerk shall issue a new scheduling order for the newly assigned judge.

    IT IS SO ORDERED.

DATED: November 12, 2010

                                       /s/ Frank C. Damrell, Jr.
                                      FRANK C. DAMRELL, Jr.
                                      UNITED STATES DISTRICT COURT

This case is reassigned to United States District Judge Garland E. Burrell, Jr.

```
IT IS SO ORDERED.

Dated:      November 12, 2010          /s/ signature
                                    CHIEF UNITED STATES DISTRICT JUDGE
```