IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ROBERT KOSHMAN,                      )
                                     )    2:09-cv-3312-GEB-DAD
          Plaintiff,                 )
                                     )
     v.                              )    ORDER
                                     )
UNITED STATES DEPARTMENT OF          )
AGRICULTURE; U.S.D.A. NATURAL        )
RESOURCES CONSERVATION SERVICE;      )
and U.S.D.A. FARM SERVICE            )
AGENCY,                              )
                                     )
          Defendants.                )
_____     )
```

The parties' proposed law and motion hearing date in the Stipulation and Proposed Order they filed on December 16, 2010 ("Stipulation"), is not approved for the following reasons. The Stipulation concerns fully briefed cross motions, each of which was pending for over four months before this case was reassigned to the undersigned judge on November 16, 2010.  The undersigned judge desires to decide the motions sooner than would be feasible if the Stipulation was approved. Therefore, the motions shall be heard commencing at 9:00 a.m. on February 22, 2011. Further, the status hearing scheduled on March 28, 2011 is rescheduled to commence at 9:00 a.m. on May 9, 2011.

Dated: December 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28